

# Fourth Court of Appeals
## San Antonio, Texas

October 8, 2014

No. 04-14-00505-CV

**IN THE INTEREST OF A.S. III,** A Child,

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02152
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

The State's motion for extension of time to file its brief is GRANTED. The State's brief was filed on October 7, 2014.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of October, 2014.

_____
Keith E. Hottle
Clerk of Court